**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                                              In Replying Give Number
Clerk                                                                                                              Of Case and Names of Parties

June 27, 2023

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **OCTOBER 2, 2023, IN JACKSONVILLE, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

---

***PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS.  PLEASE REFER TO CALENDAR #1.***

| | |
|---|---|
| 21-13740 | Penelope Stillwell v. State Farm Fire & Casualty Company, et al. (REVISED ARGUMENT DATE) |
| 22-10663 | Troy Smith, et al. v. Mitchell Miorelli, et al. (REVISED ARGUMENT DATE) |
| 22-11014 | Tanethia Holden v. Holiday Inn Club Vacations Incorporated (Consolidated with 22-11734, Mark Mayer v. Holiday Inn Club Vacations Incorporated) |
| 21-11371 | Norfolk Southern Railway Co. v. Alabama Dept. of Revenue, et al. (Consolidated with 21-13233, BNSF Railway Company v. Jefferson County, Alabama, et al.) |
| 22-11951 | Betty Smith, et al. v. Michael Bokor |
| 22-13129 | U.S. Securities and Exchange Commission v. Spartan Securities Group, Ltd. et al. |
| 22-11875 | Gilberto Farias Matos v. Business Law Group, P.A., et al. |
| 22-13218 | Virginia Redding v. Coloplast Corp. |
| 22-13546 | Nalco Company LLC v. Laurence Bonday |
| 22-12719 | Steven Wilkerson v. 3M Co, et al. |
| 22-13893 | Florida Commissioner of Agriculture, et al. v. Attorney General of the U.S., et al. |
| 22-12812 | Brandon Adkins v. 3M Company, et al. |
| 21-12969, 21-12971 & 21-13231 | Alice Guan v. Ellingsworth Residential Community Association, Inc. |